RIFFLE, APPELLANT, *v.* TRIBBLE & STEPHENS COMPANY, APPELLEE.

[Cite as *Riffle v. Tribble & Stephens Co.* (1991), 61 Ohio St.3d 717.]

(No. 90–2481—Submitted July 31, 1991—Decided August 27, 1991.)

*Frank A. Ray Co., L.P.A.,* and *Frank E. Todaro,* for appellant.

*Wiles, Doucher, Van Buren & Boyle Co., L.P.A.,* and *David T. Patterson,* for appellee.

This cause is reversed and remanded on authority of *Brady v. Safety–Kleen Corp.* (1991), 61 Ohio St.3d 624, 576 N.E.2d 722.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.